IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PADCOM, INC.,

Plaintiff and Counterclaim

Defendant,

    v.

NETMOTION WIRELESS, INC.,

Defendant and Counterclaim

Plaintiff.

Civil Action No. 03-983 (SLR)

**JURY VERDICT**

We, the jury, unanimously find as follows:

## INFRINGEMENT

### A.   Direct Infringement

1.   Do you find that Padcom has proven, by a
preponderance of the evidence, that the accused versions of
NetMotion Mobility *without* the Policy Management module
literally infringe any of the following claims?   ("YES"
answers to these questions are a finding for Padcom.   "NO"
answers are findings for NetMotion.)

| Patent | Claim | Yes | No |
|--------|-------|-----|-----|
| '324 | 49 | X | |
| '405 | 18 | | X |
| '405 | 39 | | X |
| '405 | 44 | | X |

2.   Do you find that Padcom has proven, by a
preponderance of the evidence, that the accused versions of
NetMotion Mobility *with* the Policy Management module
literally infringe any of the following claims?   ("YES"
answers to these questions are a finding for Padcom.   "NO"
answers are findings for NetMotion.)

| Patent | Claim | Yes | No |
|--------|-------|-----|-----|
| '324 | 49 | X | |
| '405 | 18 | X | |
| '405 | 39 | X | |
| '405 | 44 | X | |

**B.    Inducement of Infringement**

3.    Do you find that Padcom has proven, by a preponderance of the evidence, that NetMotion has induced others using Mobility *without* the Policy Management module to infringe any of the following claims?  ("YES" answers to these questions are a finding for Padcom.   "NO" answers are findings for NetMotion.)

| Patent | Claim | Yes | No |
|--------|-------|-----|-----|
| '324   | 49    | X   |    |
| '405   | 18    |     | X  |
| '405   | 39    |     | X  |
| '405   | 44    |     | X  |

4.    Do you find that Padcom has proven, by a preponderance of the evidence, that NetMotion has induced others using Mobility *with* the Policy Management module to infringe any of the following claims?  ("YES" answers to these questions are a finding for Padcom.   "NO" answers are findings for NetMotion.)

| Patent | Claim | Yes | No |
|--------|-------|-----|-----|
| '324   | 49    | X   |    |
| '405   | 18    | X   |    |
| '405   | 39    | X   |    |
| '405   | 44    | X   |    |

3

## VALIDITY

### A. Anticipation

5. Do you find that NetMotion has proven, by clear and convincing evidence, that any of the following claims are invalid because they are anticipated by "Project Octopus, a Framework for Ubiquitous Mobile Computing" by Alzona et al. (Exhibit 2007)? ("YES" answers to these questions are a finding for NetMotion. "NO" answers are findings for Padcom.)

| Patent | Claim | Yes | No |
|--------|-------|-----|-----|
| '324   | 49    |     | X  |
| '405   | 18    |     | X  |
| '405   | 39    |     | X  |
| '405   | 44    |     | X  |

6. Do you find that NetMotion has proven, by clear and convincing evidence, that any of the following claims are invalid because they are anticipated by "The Case for Wireless Overlay Networks" by Katz and Brewer ("BARWAN," Exhibit 410)? ("YES" answers to these questions are a finding for NetMotion. "NO" answers are findings for Padcom.)

| Patent | Claim | Yes | No |
|--------|-------|-----|-----|
| '324   | 49    |     | X  |
| '405   | 18    |     | X  |
| '405   | 39    |     | X  |
| '405   | 44    |     | X  |

4

7.   Do you find that NetMotion has proven, by clear
and convincing evidence, that any of the following claims
are invalid because they are anticipated by "Truly Seamless
Wireless and Mobile Host Networking, Protocols for Adaptive
Wireless and Mobile Networking" by Johnson and Maltz
("Monarch," Exhibit 415)?  ("YES" answers to these questions
are a finding for NetMotion.  "NO" answers are findings for
Padcom.)

| Patent | Claim | Yes | No |
|--------|-------|-----|-----|
| '324   | 49    |     | X  |
| '405   | 18    |     | X  |
| '405   | 39    |     | X  |
| '405   | 44    |     | X  |

## B.   Written Description

8.   Do you find that NetMotion has proven, by clear
and convincing evidence, that the asserted claims of the
'405 patent are invalid because they are not supported by
the written description of the '324 patent application as
filed?  (A "YES" answer to this question is a finding for
NetMotion.  A "NO" answer is a finding for Padcom.)

Yes _____          No  X

## C.   Enablement

9.   Do you find that NetMotion has proven, by clear
and convincing evidence, that the information disclosed in

5

the specification of the '324 patent application as filed
would not have enabled one of skill in the art to practice
the asserted claims of the '405 patent?  (A "YES" answer to
this question is a finding for NetMotion.  A "NO" answer is
a finding for Padcom.)

Yes _____        No __X___

6

## Unfair Competition

10.  Do you find that Padcom has proven, by a preponderance of the evidence, that NetMotion competed unfairly with Padcom by referring to Padcom's financial condition in discussions with Sprint in violation of the Delaware Unfair Competition Law?  (A "YES" answer to this question is a finding for Padcom.  A "NO" answer is a finding for NetMotion.)

Yes _____          No __X__

11.  Do you find that Padcom has proven, by a preponderance of the evidence, that NetMotion competed unfairly with Padcom by referring to Padcom's financial condition in discussions with Sprint in violation of the Lanham Act?  (A "YES" answer to this question is a finding for Padcom.  A "NO" answer is a finding for NetMotion.)

Yes _____          No __X__

7

**Tortious Interference**

12.  Do you find that NetMotion has proven, by a preponderance of the evidence, that Padcom tortiously interfered with NetMotion's expectancies of business with AT&T Wireless by threatening antitrust litigation against AT&T?  (A "YES" answer to this question is a finding for NetMotion.  A "NO" answer is a finding for Padcom.)

Yes _____        No _X____

8

Each juror must sign the verdict form to reflect that a unanimous verdict has been reached.

Dated: _28 March_, 2006.

_____
FOREPERSON

_____

_____

_____

_____

_____

_____

9