IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PADCOM, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> NETMOTION WIRELESS, INC., <br><br> Defendant and Counterclaim Plaintiff. | C. A. No. 03-983 (SLR) |

## STIPULATED ENTRY OF FINAL JUDGMENT

WHEREAS the parties have reached agreement on and resolved all outstanding claims and issues in the above-captioned matter; and

WHEREAS the parties are therefore in agreement that final judgment should now be entered in accordance with the jury verdict of March 28, 2006.

IT IS HEREBY STIPULATED and agreed, by and between Padcom, Inc. and NetMotion Wireless, Inc., subject to approval of the Court, that FINAL JUDGMENT BE ENTERED in favor of PADCOM as follows:

1. Padcom has proven, by a preponderance of the evidence, that NetMotion Mobility versions 3.51, 4.0, 4.01, 5.0, 5.01, 6.0 (XE) and 6.01 (also XE) *without* Policy Management module literally infringe claim 49 of U.S. Pat. No. 6,418,324;

2. Padcom has proven, by a preponderance of the evidence, that NetMotion Mobility versions 3.51, 4.0, 4.01, 5.0, 5.01, 6.0 (XE) and 6.01 (also XE) *with* Policy Management module literally infringe claim 49 of U.S. Pat. No. 6,418,324 and claims 18, 39, and 44 of U.S. Patent No. 6,826,405;

{J213135 00022434.DOC}  1

3.  Padcom has proven, by a preponderance of the evidence, that NetMotion has induced others using NetMotion Mobility versions 3.51, 4.0, 4.01, 5.0, 5.01, 6.0 (XE) and 6.01 (also XE) *without* Policy Management module to infringe claim 49 of U.S. Pat. No. 6,418,324;

4.  Padcom has proven, by a preponderance of the evidence, that NetMotion has induced others using NetMotion Mobility versions 3.51, 4.0, 4.01, 5.0, 5.01, 6.0 (XE) and 6.01 (also XE) *with* Policy Management module to infringe claim 49 of U.S. Pat. No. 6,418,324 and claims 18, 39, and 44 of U.S. Patent No. 6,826,405;

5.  NetMotion has not proven, by clear and convincing evidence, that claim 49 of U.S. Pat. No. 6,418,324 and claims 18, 39, and 44 of U.S. Patent No. 6,826,405 are invalid because they are anticipated by "Project Octopus, a Framework for Ubiquitous Mobile Computing" by Alzona et al;

6.  NetMotion has not proven, by clear and convincing evidence, that claim 49 of U.S. Pat. No. 6,418,324 and claims 18, 39, and 44 of U.S. Patent No. 6,826,405 are invalid because they are anticipated by "The Case for Wireless Overlay Networks" by Katz and Brewer;

7.  NetMotion has not proven, by clear and convincing evidence, that claim 49 of U.S. Pat. No. 6,418,324 and claims 18, 39, and 44 of U.S. Patent No. 6,826,405 are invalid because they are anticipated by "Truly Seamless Wireless and Mobile Host Networking, Protocols for Adaptive Wireless and Mobile Networking" by Johnson and Maltz;

8. NetMotion has not proven, by clear and convincing evidence, that claims 18, 39, and 44 of U.S. Patent No. 6,826,405 are invalid because they are not supported by the written description of the '324 patent application as filed;

9. NetMotion has not proven, by clear and convincing evidence, that the information disclosed in the specification of the '324 patent application as filed would not have enabled one of skill in the art to practice claims 18, 39, and 44 of U.S. Patent No. 6,826,405;

IT IS FURTHER STIUPLATED THAT the parties have settled their differences with respect to the remaining issues in the case, including *inter alia* those issues of damages and willful infringement, which were bifurcated by Oral Order from the bench on February 22, 2006, upon motion of NetMotion (D.I. 426).

ACCORDINGLY, IT IS HEREBY ORDERED that Final Judgment be ENTERED in accordance with the above and that any remaining claims be DISMISSED WITH PREJUDICE.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON P.C. |
| By: /s/ Adam W. Poff | By: /s/ William J. Marsden, Jr. |
| Adam W. Poff (#3990)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899<br>(302) 571-6600 | William J. Marsden, Jr. (#2247)<br>(marsden@fr.com)<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19899-1114<br>(302) 778-8401 |
| *Attorneys for Plaintiff and Counterclaim Defendant Padcom, Inc.* | *Attorneys for Defendant and Counter-Claimant NetMotion Wireless, Inc.* |

SO ORDERED, this _12th_ day of _July_, 2006.

_____
United States District Judge